# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-CR-30023 |
| ) | |
| ERIC JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRE-TRIAL AND TRIAL

NOW COMES Defendant, ERIC JOHNSON, by his attorney, William L. Vig of Vig Law, P.C., for his *Motion to Continue Pre-Trial and Trial*, states as follows:

1. This matter is set for a pretrial hearing on July 24, 2025 with a trial scheduled for August 5, 2025.

2. Defendant's counsel needs additional time to review discovery, confer with his client, and conduct research.

3. The undersigned has discussed this matter with Assistant United States Attorney Matthew Weir, who stated the Government has no objection to this motion to continue.

4. The ends of justice would be served by granting the continuance.

WHEREFORE, Defendant, ERIC JOHNSON, respectfully prays this Court continue the pre-trial and trial in this matter for at least sixty (60) days, and for such other and further relief as the Court deems just and proper.

        Respectfully Submitted,

        ERIC JOHNSON, *Defendant*

        By: /s/ *William L. Vig*
           Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Matthew Weir

matthew.weir@usdoj.gov

                                              /s/ *William L. Vig*

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com